RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for STEPHEN FELIX BURCHFIELD

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FELIX BURCHFIELD,<br><br>Defendant. | 2:15-cr-196-JAD-GWF<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND ORDER** |

COMES NOW, appointed counsel, Rebecca Levy, Assistant Federal Public Defender, hereby moves this Court request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

1. It appears that defendant may possibly be Career Offender eligible under U.S.S.G. section 4B1.1. Whether the defendant is subject to this enhancement will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved. The probation department is aware that the parties are making this request.

2. Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report.

///

1

1  3.  Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney
2  Kimberly Frayn regarding this request and she has no opposition.
3
4  DATED this July 24, 2015
5                                         RENE L. VALLADARES
                                          Federal Public Defender
6
                                          /s/ Rebecca Levy
7                                         REBECCA LEVY
                                          Assistant Federal Public Defender
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261
```

Attorneys for STEPHEN FELIX BURCHFIELD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-196-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| STEPHEN FELIX BURCHFIELD, | |
| Defendant, | |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Stephen Burchfield.

DATED July 24, 2015

_____
UNITED STATES DISTRICT JUDGE